UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MESUD CEVRA,

    Plaintiff,

v.

MID-WEST EXPRESS, INC., et al.,

    Defendants.
_____/

Case No. 1:16-cv-1028

HON. JANET T. NEFF

## ORDER

In accordance with the Bench Opinion issued by the Court on September 21, 2017, and for the reasons stated on the record:

**IT IS HEREBY ORDERED** that Defendants' Motion to Set Aside Entry of Default (ECF No. 29) is GRANTED, and the entry of default (ECF No. 12) is set aside.

**IT IS FURTHER ORDERED** that Defendants' Objections (ECF No. 31) to the Report and Recommendation are DENIED as moot, and the Report and Recommendation (ECF No. 20) is moot.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 17) is DENIED as moot.

**IT IS FURTHER ORDERED** that Defendants shall file their answer/responsive pleading within 14 days of entry of this Order.

Dated: September 21, 2017

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge